**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

---

**FATHI ABDELMALEK TAKI
ABDELMALEK,**

     Petitioner,

     v.                             Case No. 2:26-cv-02758-BCL-tmp

**TODD BLANCHE, et al.,**

     Respondent.

---

### ORDER FOR RESPONSE

---

Petitioner is a noncitizen currently detained in Jena, Louisiana. Doc. 18-2 at 2. On July 14, 2026, the Court denied Petitioner's petition because Petitioner failed to exhaust administrative remedies "before seeking judicial relief."  Doc. 16.  Petitioner has now moved for reconsideration on the ground that he filed a bond motion with the Immigration Court in Louisiana on July 2029, which was then denied for lack of jurisdiction to award bond to Petitioner, in keeping with the governing precedent in the Fifth Circuit.  Doc. 18.

Respondent is **ORDERED** to file a response to the Petition by **August 19, 2026**. In addition to whatever other arguments it wishes to make, Respondent **SHALL** address the following: (1) whether this Court continues to have jurisdiction following its entry of judgment and Petitioner's transfer to Louisiana, (2) the effect, if any, of Petitioner's failure to exhaust administrative remedies or even attempt to do so **before** filing his Petition, and (3) the impact, if any, of Petitioner's transfer to Louisiana, within the Fifth Circuit, such that his post-judgment

attempt to exhaust is arguably subject to that Circuit's law as opposed to the decisions of the Sixth Circuit.

Petitioner **MAY** file a reply within **seven (7)** days of service of the response.

**IT IS SO ORDERED**, this 12th day of August, 2026.

s/ *Brian C. Lea*

BRIAN C. LEA
UNITED STATES DISTRICT JUDGE